ELECTRONICALLY FILED
8/7/2014 3:17 PM
58-CV-2014-900603
CIRCUIT COURT OF
SHELBY COUNTY, ALABAMA
MARY HARRIS, CLERK

FILED
2018 Nov-03 AM 11:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CASE NO.<br>)<br>) |
| NORMAN D. ANCHRUM JR. AND ANDREA S. ANCHRUM, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

### COMPLAINT

COMES NOW the Plaintiff in the above-styled cause and represents unto this Honorable Court as follows:

1. Plaintiff, Federal Home Loan Mortgage Corporation, is qualified to do business in Alabama and doing business in Shelby County, Alabama.

2. Defendants, Norman D. Anchrum Jr. and Andrea S. Anchrum, are over the age of 19 years and are resident citizens of Shelby County, Alabama.

3. Plaintiff avers that by virtue of foreclosure on November 29, 2011, of that certain Mortgage originally between Norman D. Anchrum Jr. and Andrea S. Anchrum and Wells Fargo Home Mortgage, Inc., Federal Home Loan Mortgage Corporation is the owner of the following-described real property located and situated in Shelby County, Alabama, to wit:

> Lot 958, according ot the Survey of Grande View Estates, Givianpour Addition to Alabaster, 9th Addition, Phase 2, as recorded in Map Book 27, Page 85, in the Probate Office of Shelby County, Alabama.
>
> Also known as **552 N Grande View Trail, Alabaster, AL 35007**

**However in the event of a discrepancy between the legal description and street address, the legal description shall control.**

A copy of the Foreclosure Deed is attached hereto, incorporated by reference and designated as Exhibit "A".

4. Plaintiff avers that on or about November 30, 2011, Plaintiff served or caused to be served upon the Defendants written Demand for Possession of the subject real property pursuant to Section 6-5-251 Code of Alabama (1975). A copy of the aforesaid written Demand for Possession is attached hereto, incorporated by reference and designated as Exhibit "B".

5. Plaintiff avers that Defendants have lost the right to redeem the property.

6. Plaintiff avers that Defendants have failed and refused to vacate the aforesaid property despite Plaintiff's demands to do so.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands possession of the aforesaid real property, together with money damages for the wrongful retention of said real property and an order that the Defendants have forfeited the right to redemption for failing to vacate the property, plus such other, further and different relief to which Plaintiff is entitled under these premises, and costs of court.

_____
Greggory M. Deitsch (DEI001)
*Jacob A. Kiser (KIS004)
Attorneys for Plaintiff,
Federal Home Loan Mortgage Corporation

**OF COUNSEL:**
**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL  35255-5727
Tel:   (205) 930-5100
Fax:   (205) 930-5101
E-mail addresses:
gdeitsch@sirote.com
jkiser@sirote.com

# Exhibit A

SEND TAX NOTICE TO:
Federal Home Loan Mortgage Corporation
c/o Wells Fargo Bank, N.A.
MAC # X2505-01A
1 Home Campus
Des Moines, IA 50328


STATE OF ALABAMA       )

SHELBY COUNTY          )

## FORECLOSURE DEED

KNOW ALL MEN BY THESE PRESENTS, that

WHEREAS, heretofore, on, to-wit: the 5th day of September, 2003, Norman D. Anchrum, Jr. and Andrea S. Anchrum, husband and wife., executed that certain mortgage on real property hereinafter described to Wells Fargo Home Mortgage, Inc., which said mortgage was recorded in the Office of the Judge of Probate of Shelby County, Alabama, in Instrument Number 20030919000632650, and

WHEREAS, in and by said mortgage, the Mortgagee was authorized and empowered in case of default in the payment of the indebtedness secured thereby, according to the terms thereof, to sell said property before the Courthouse door in the City of Columbiana, Shelby County, Alabama, after giving notice of the time, place, and terms of said sale in some newspaper published in said County by publication once a week for three (3) consecutive weeks prior to said sale at public outcry for cash, to the highest bidder, and said mortgage provided that in case of sale under the power and authority contained in same, the Mortgagee or any person conducting said sale for the Mortgagee was authorized to execute title to the purchaser at said sale; and it was further provided in and by said mortgage that the Mortgagee may bid at the sale and purchase said property if the highest bidder thereof; and

WHEREAS, default was made in the payment of the indebtedness secured by said mortgage, and the said Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Morgage, Inc. did declare all of the indebtedness secured by said mortgage, subject to foreclosure as therein provided and did give due and proper notice of the foreclosure of said mortgage by publication in the Shelby County Reporter, a

   

20111208000370960 1/3 $20.00
Shelby Cnty Judge of Probate, AL
12/08/2011 11:31:21 AM FILED/CERT

newspaper of general circulation published in Shelby County, Alabama, in its issues of November 2, 2011, November 9, 2011, and November 16, 2011; and

WHEREAS, on November 29, 2011, the day on which the foreclosure was due to be held under the terms of said notice, between the legal hours of sale, said foreclosure was duly conducted, and Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Morgage, Inc. did offer for sale and sell at public outcry in front of the Courthouse door in Columbiana, Shelby County, Alabama, the property hereinafter described; and

WHEREAS, Aaron Nelson as member of AMN Auctioneering, LLC was the auctioneer who conducted said foreclosure sale and was the person conducting the sale for the said Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Morgage, Inc.; and

WHEREAS, Federal Home Loan Mortgage Corporation was the highest bidder and best bidder in the amount of Two Hundred Eight Thousand Nine Hundred One And 41/100 Dollars ($208,901.41) on the indebtedness secured by said mortgage, the said Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Morgage, Inc., by and through Aaron Nelson as member of AMN Auctioneering, LLC as auctioneer conducting said sale for said Mortgagee, does hereby grant, bargain, sell and convey unto Federal Home Loan Mortgage Corporation all of its right, title, and interest in and to the following described property situated in Shelby County, Alabama, to-wit:

> Lot 958, according ot the Survey of Grande View Estates, Givianpour Addition to Alabaster, 9th Addition, Phase 2, as recorded in Map Book 27, Page 85, in the Probate Office of Shelby County, Alabama.

TO HAVE AND TO HOLD the above described property unto Federal Home Loan Mortgage Corporation its successors/heirs and assigns, forever; subject, however, to the statutory rights of redemption from said foreclosure sale on the part of those entitled to redeem as provided by the laws in the State of Alabama; and also subject to all recorded mortgages, encumbrances, recorded or unrecorded easements, liens, taxes, assessments, rights-of-way, and other matters of record in the aforesaid Probate Office.

20111208000370960 2/3 $20.00
Shelby Cnty Judge of Probate, AL
12/08/2011 11:31:21 AM FILED/CERT





IN WITNESS WHEREOF, Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Morgage, Inc., has caused this instrument to be executed by and through Aaron Nelson as member of AMN Auctioneering, LLC, as auctioneer conducting said sale for said Mortgagee, and said Aaron Nelson as member of AMN Auctioneering, LLC, as said auctioneer, has hereto set his/her hand and seal on this 5 day of Dec., 2011.

Wells Fargo Bank, N.A., successor by merger to
Wells Fargo Home Morgage, Inc.

By: AMN Auctioneering, LLC
Its: Auctioneer

By: _____
Aaron Nelson, Member

STATE OF ALABAMA )

JEFFERSON COUNTY )

I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that Aaron Nelson, whose name as member of AMN Auctioneering, LLC acting in its capacity as auctioneer for Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Morgage, Inc., is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this date, that being informed of the contents of the conveyance, he, as such member and with full authority, executed the same voluntarily on the day the same bears date for and as the act of said limited liability company acting in its capacity as auctioneer for said Mortgagee.

Given under my hand and official seal on this 5 day of December, 2011

_____
Notary Public
My Commission Expires: MY COMMISSION EXPIRES SEPTEMBER 27, 2014

This instrument prepared by:
Ginny Rutledge
SIROTE & PERMUTT, P.C.
P. O. Box 55727
Birmingham, Alabama 35255-5727

20111208000370960 3/3 $20.00
Shelby Cnty Judge of Probate, AL
12/08/2011 11:31:21 AM FILED/CERT





# Exhibit B



# SIROTE & PERMUTT
A PROFESSIONAL CORPORATION

November 30, 2011

**VIA CERTIFIED MAIL 7010 2780 0002 0855 9330 / 9347
RETURN RECEIPT REQUESTED
AND U.S. MAIL**

Norman D. Anchrum Jr.
Andrea S. Anchrum
552 N Grande View Trl
Maylene, AL 35114

552 N Grande View Trail
Alabaster, AL 35007

## DEMAND FOR POSSESSION

YOU ARE HEREBY NOTIFIED that, on November 29, 2011, the mortgage loan, secured by real estate located at **552 N Grande View Trail, Alabaster, AL 35007,** was duly foreclosed in accordance with the Power of Sale contained therein. Federal Home Loan Mortgage Corporation is now the owner of the property. Your attention is respectfully directed to Section 6-5-251, Code of Alabama (1975), which reads as follows:

Delivery of Possession to Purchaser on Demand.

(a) The possession of the land must be delivered to the purchaser or purchaser's transferees by the debtor or mortgagor, if in their possession or in the possession of anyone holding under them by privity of title, within ten (10) days after written demand for the possession has been made by, or on behalf of, the purchaser or purchaser's transferees.

(b) If the land is in the possession of a tenant, written notice must be given to the debtor or mortgagor, and the debtor or mortgagor must direct the tenant to deliver possession or recognize the purchaser as his or her landlord in the event the lease antedates the mortgage, judgment or levy. If the debtor or mortgagor cannot be found, notice to the tenant is sufficient and he must deliver possession within ten (10) days.

(c) Failure of the debtor or mortgagor or anyone holding possession under him or her to comply with the provisions of this section forfeits the right of redemption of the debtor or one holding possession under the debtor.

In accordance with, and pursuant to, the statute set forth above, written demand is hereby made upon you to deliver possession of the above-described property to Federal Home Loan Mortgage Corporation within ten (10) days. Unless possession is delivered within ten (10) days as set forth herein, the debtor(s)' right of redemption will be forfeited.

  
LAW OFFICES AND MEDIATION CENTERS
2311 HIGHLAND AVENUE SOUTH   BIRMINGHAM, ALABAMA 35205
POST OFFICE BOX 55727   BIRMINGHAM, ALABAMA 35255-5727
URL | http://www.sirote.com



This communication is from a debt collector. If you have any questions in regard to this matter, please feel free to contact our office at (205) 930-5200.

DATED THIS 30TH DAY OF NOVEMBER, 2011.

FOR: Federal Home Loan Mortgage Corporation

BY: _____
Wallace Inman
Foreclosure Specialist

wi/wi

cc: Wells Fargo Bank, N.A./Loan #0222579773