FILED
2015 May-22  PM 12:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FEDERAL HOME LOAN MORTGAGE CORPORATION**, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action Number<br>) **2:14-cv-02129-AKK**<br>) |
| **NORMAN D. ANCHRUM, JR.**, *et al.*, | )<br>) |
| Defendants. | |

## ORDER

On April 10, 2015, the magistrate judge entered a report and recommendation, doc. 28, regarding plaintiff-counterclaim defendant Federal Home Loan Mortgage Corporation ("Freddie Mac") and counterclaim defendant Wells Fargo Bank N.A.'s ("Wells Fargo") motion for partial dismissal, doc. 10, which counterclaims defendants United Guaranty Residential Insurance Company and United Guaranty Residential Insurance Company of North Carolina (collectively "UGC") joined and adopted, doc. 12, and the parties were allowed fourteen (14) days in which to file objections t o the recommendations made by the

magistrate judge. On April 15, 2015, counterclaim defendants UGC filed objections to the magistrate judge's report and recommendation. Doc. 30. After considering UGC's objections, on April 28, 2015 the magistrate judge entered a supplemental report and recommendation, doc. 33, and again allowed the parties fourteen (14) days in which to file objections. No party filed objections.

Having reviewed the pleadings, the briefs, the magistrate's report and recommendation, and the magistrate's supplemental report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the following recommendations of the magistrate judge:

- UGC's motion to dismiss is **GRANTED** and all claims asserted against them are **DISMISSED WITH PREJUDICE**.

- Wells Fargo and Freddie Mac's motion to dismiss Counts Three and Five of the counterclaim are **GRANTED**. Counts Three and Five of the counterclaim against Wells Fargo are **DISMISSED WITH PREJUDICE**.

- Wells Fargo's motion to dismiss Count Seven of the counterclaim is **GRANTED**. Count Seven of the counterclaim against Wells Fargo is **DISMISSED WITH PREJUDICE**.

- The motions to dismiss Count Seven with respect to Freddie Mac and UGC is **MOOT** in that Counter Seven is not pleaded against them; they are not

named as counterclaim defendants in that Count.

**DONE** this 22nd day of May, 2015.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE