
FILED
2016 Nov-22 PM 11:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DDISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| Vs. | ) ) CASE NO. 2:14-CV-02129-TMP |
| NORMAN D. ANCHRUM, JR. and ANDREA ANCHRUM, | ) ) ) |
| Defendants/Counter Claimants, | ) ) |
| Vs. | ) ) |
| WELLS FARGO BANK NATIONAL ASSOCIATION and FEDERAL HOME LOAN MORTGAGE COMPANY, | ) ) ) ) ) |
| Counter Defendants. | ) |

**PARTIAL RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

**AND MOTION TO ENLARGE TIME**

    **COMES NOW** Jerome Tucker, attorney of record for Norman D. Anchrum, Jr. and Andrea Anchrum and moves this Honorable Court for an Order enlarging the time **by three (3) days which would include up to midnight of Friday, November 25, 2016** and accepting the response, submission, brief and legal argument as timely filed and as ground for same states as follows:

1. That Defendants/Counter Claimants, Norman D. Anchrum, Jr. and Andrea Anchrum's response to the Motion for Summary Judgment filed by Federal

Home Loan Mortgage Corporation and Wells Fargo Bank, N.A. is currently due on November 22, 2016.

2. That Defendants/Counter Claimants' counsel is currently receiving medical treatment. Said counsel was under the mistaken impression that he would have been able to timely complete the response in spite of his illness and medical treatments.
3. That Defendants/Counter Claimants' counsel has requested an extremely short continuance of three (3) days. The enlargement of time would be up through and including midnight of Friday, November 25, 2016.
4. That neither Plaintiff, Federal Home Loan Mortgage Corporation nor Counter Defendant, Wells Fargo Bank, NA will be prejudiced by the late filing of the Defendant/Counter Claimants' response and submission and therefore will not be prejudiced by the Court's granting this Motion for an enlargement of time.
5. Wells Fargo Bank and Federal Home Loan Mortgage Corporation are not entitled to a judgment as a matter of law because it cannot show that it complied with the notice provision of the note and mortgage by providing a default letter to the property address. These are material facts.
6. **Judge Benjamin Cohen of the United States Bankruptcy Court found in a memorandum opinion issued on September 23, 2013 that the Anchrum stated a claim for beach of the mortgage contract and for relief in the form of setting aside the foreclosure sale under Alabama law. <u>Jackson v. Wells Fargo Bank, N.A.,</u> 90 So.3d 168, 173 (Ala.2012).**
7. **Judge Cohen in the Bankruptcy Court further found that there were factual questions.**
8. Paragraph 22 of the mortgage document, requires as a prerequisite to foreclosure, that the Anchrum be provided a notice stating its intent to accelerate the indebtedness secured by the mortgage if an alleged default was not cured within 30 days. Said notice should have been mailed to the property address.

**WHEREFORE PREMISES CONSIDERED**, Defendants/Counter Claimants respectfully request that this Honorable Court enlarge the time for filing their response, submission, brief or legal argument by three (3) days and accept the response, submission, and brief as timely filed. Defendants/Counter Claimants request further and different relief as the cause of justice may require.

Respectfully submitted,

/s/ Jerome Tucker
JEROME TUCKER (TUC007)
2015 First Avenue North
Birmingham, AL 35203
(205) 328-0055
jerometucker@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading on Counter Defendants, Wells Fargo Home Mortgage, Inc. and Federal Home Loan Mortgage Corporation's attorneys, Catherine Crosby Long and D. Keith Andres of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., electronically by filing the same with the Clerk of Court through the CM/ECF electronic filing system on this the 22nd day of November, 2016.

/s/ Jerome Tucker
JEROME TUCKER, ESQ.